UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL POLA,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC.,

    Defendant.

Case No. 14-cv-03674-TEH

**ORDER TERMINATING MOTION FOR MORE DEFINITE STATEMENT AS MOOT AND VACATING HEARING**

    Based on the timely filing of an amended complaint, the pending motion for a more definite statement is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated: 10/06/2014

_____
THELTON E. HENDERSON
United States District Judge