UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL POLA,

Plaintiff,

vs.

GAMO OUTDOOR USA, INC.; DOES 1 through 15,

Defendants.

CASE NO.: 3:14-cv-03674

**STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

■ Private ADR (*please identify process and provider*) The Parties have agreed to use Jack Williams to serve as a private mediator. Plaintiff's counsel will contact Mr. Williams and obtain his availability to mediate this matter on a mutually agreed date after the completion of initial written discovery and plaintiff's deposition.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

■ other requested deadline: April 17, 2015

Dated:October 22, 2014

s/ Neil P. Berman
Attorney for Plaintiff

Dated:October 22, 2014

s/ Jeffrey Malsch
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: October 23, 2014

UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."