Dennis A. Babbits, Esq.
California Bar No. 104007
LAW OFFICES OF DENNIS P. ISAAC
121 Spear St., Suite 410
San Francisco, CA 94105
Tel: 415-836-2626 415-836-2940
Fax: 1-866-836-8816
Email: Dennis.Babbits@AIG.com

Anthony M. Pisciotti, Esq. (phv)
Jeffrey Malsch, Esq. (phv)
PISCOTTI, MALSCH & BUCKLEY, P.C.
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Tel: 973-245-8100
Fax:973-245-8101
Email: apisciotti@pmblegalfirm.com
Email: jmalsch@pmblegalfirm.com

Attorneys for Defendant
GAMO Outdoor USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL POLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GAMO OUTDOOR USA, INC.; DOES 1 through 15,<br><br>    Defendants. | CASE NO.: 3:14-cv-03674-TEH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT JANUARY 26, 2015 CASE MANAGEMENT CONFERENCE<br><br>Date:     January 26, 2015<br>Dept.:    12<br>Judge:   Hon. Thelton E. Henderson |

[~~PROPOSED~~] ORDER

   The Request to Appear Telephonically submitted by Anthony M. Pisciotti and Jeffrey Malsch, counsel for Defendant Gamo Outdoor USA, Inc., is granted.

   January 5, 2015
Dated: ~~December ____, 2014~~                    _/s/ Thelton E. Henderson_____
                                                  Thelton E. Henderson
                                                  UNITED STATES DISTRICT COURT JUDGE